# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH BELL, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 4:97CV00324 ERW |
| MICHAEL BOWERSOX, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Petitioner moves for reconsideration of the Court's Order denying his motion under Rule 60(b) of the Federal Rules of Civil Procedure. Petitioner argues that § 2254's prohibition on bringing freestanding claims for ineffectiveness of postconviction counsel is unconstitutional, and he wishes to reopen the case for the purpose of litigating such claims. The request is frivolous. Petitioner cannot bring new claims for habeas relief without first receiving permission from the Court of Appeals. 28 U.S.C. § 2244(b).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions for reconsideration [ECF Nos. 67, 68] are **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

So Ordered this 22nd day of January, 2015.

_E. Richard Webber_
———————————————
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE